**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/ozzyosbourne/photos/with-zakk-fbf/10155519284412318/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/p/BVr9rxzAGyE/?hl=en



**EXHIBIT 2:** INFRINGEMENTS #3-6
URL: https://www.facebook.com/photo/?fbid=10157538887337318&set=with-zakk-wylde



**EXHIBIT 2:** INFRINGEMENTS #7-10

URL: https://www.instagram.com/p/B0TjQqbgSLL/?utm_source=ig_web_copy_link



**EXHIBIT 2:** INFRINGEMENT #11
URL:
https://www.facebook.com/photo/?fbid=10159051476717318&set=pcb.10159051477082318



**EXHIBIT 2:** INFRINGEMENT #12
URL: https://www.instagram.com/p/CIdgRganGmm/?hl=en&img_index=1



**EXHIBIT 2:** INFRINGEMENT #13
URL: https://x.com/OzzyOsbourne/status/1335604636170870785/photo/1



**EXHIBIT 2:** INFRINGEMENT #14
URL: https://www.instagram.com/p/C5bHhzgLflK/?hl=en&img_index=4



**EXHIBIT 2:** INFRINGEMENT #15

URL: https://x.com/OzzyOsbourne/status/1776621382564270530/photo/2

